UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------x
                                 :
AARON BEN NORTHROP,              :
                                 :
     Plaintiff,                  :
                                 :
v.                               :   Civil No. 3:02CV00875(AWT)
                                 :
ELTON WILLIAMS,                  :
RICHARD CRAMER,                  :
                                 :
     Defendants.                 :
                                 :
---------------------------------x
```

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

<u>X</u> A ruling on the following motions, which are currently pending: <u>Plaintiff's Motion to Compel Disclosure and Challenge Sufficiency of Answers and Objections to Requests for Admissions and Interrogatories [doc. #53]</u> (orefm.)

\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ Other:_____ (orefmisc./misc)

It is so ordered.

Dated this <u>20th</u> day of <u>October</u>, 2003, at Hartford, Connecticut.

Alvin W. Thompson
United States District Judge