RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | | |
|---|---|---|
| AARON BEN NORTHROP, | ) | CIVIL ACTION |
| | ) | NO. 3:02-CV-00875 (AWT) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELTON WILLIAMS and RICHARD CRAMER, | ) | |
| | ) | |
| Defendants. | ) | OCTOBER 16, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the Defendant, Elton Williams, respectfully requests an extension of twenty (30) days from October 16, 2003, up to and including November 16, 2003 within which to file a responsive pleading to the Plaintiff's Third Amended Complaint. In support of this motion, the undersigned represents the following:

1. On July 11, 2003, this Court granted the Plaintiff's Motion to Amend his Second Amended Complaint;

2. Also on July 11, 2003, this court denied the Defendant's two Motions to Dismiss filed November 7, 2002 -- the first, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted, and the second, pursuant to Title 28 U.S.C. § 1915(e), on the ground that the plaintiff's claims are frivolous on their face -- without prejudice to refile against plaintiff's Third Amended Complaint;

341153

3.      On July 14, 2003, Plaintiff filed his Third Amended Complaint;

4.      Plaintiff's Third Amended Complaint deletes critical facts present in his prior pleadings and attempts to assert new causes of action not present in his prior pleadings. Moreover, plaintiff references the underlying criminal proceedings without attaching relevant documents on which he heavily relies. Accordingly, the defendant has been attempting to obtain the plaintiff's underlying criminal file from the United States District Court, District of Connecticut, in Bridgeport, but is experiencing delays because the file is almost ten years old and has to be retrieved by that court from its records storage facility in Massachusetts. The defendant sent a written request to that court dated September 25, 2003, which is attached hereto. To date, the records have not been received by the Court for the defendant to review. Therefore, counsel for the defendant needs additional time to analyze the Third Amended Complaint, as well as the underlying criminal court file, once obtained, and to consult with his client regarding the allegations set forth against him;

5.      The plaintiff is pro se and incarcerated at Lompoc U.S. Penitentiary. As such, counsel for the defendant could not contact him by phone to request his consent. Counsel for the defendant did not attempt to contact the plaintiff by mail because the pleading deadline would have passed by the time contact was made;

6.      This is the third such extension of time with regard to the Plaintiff's Third Amended Complaint;

7.      The allowance of this pleading extension will neither prejudice the Plaintiff nor unduly delay the orderly processing of this matter; and

341153

8. A trial date has not been assigned to this matter.

Based on the foregoing reasons, the Defendant, Elton Williams, respectfully requests that this Motion for an Extension of Time be granted.

        Respectfully submitted,

        THE DEFENDANT,
        ELTON WILLIAMS

By: _____
        CHRISTOPHER L. BRIGHAM, ESQ.
        Federal Bar No. ct12410
        KARA S. SUFFREDINI, ESQ.
        Federal Bar No. ct25147
        Updike, Kelly & Spellacy, P.C.
        265 Church Street, 10th Floor
        New Haven, CT 06510-7002
        Telephone: (203) 786-8300
        Facsimile: (203) 772-2037
        Emails: cbrigham@uks.com
                ksuffredini@uks.com

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, first class, postage prepaid, this 16th day of October, 2003, to all pro se parties and counsel of record as follows:

Aaron Ben Northrop
Reg. No.: 61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109-2120

By: _____
CHRISTOPHER L. BRIGHAM, ESQ.
Commissioner of the United States District Court

341153

# Updike, Kelly & Spellacy, P.C. ——— Counselors at Law

Hartford • New Haven • Stamford

One Century Tower, 265 Church Street
New Haven, Connecticut 06510-7002
Telephone (203) 786-8300
Facsimile (203) 772-2037

**MERITAS**
LAW FIRMS WORLDWIDE

Kara S. Suffredini
(203) 786-8311
(203) 786-2037 Fax
ksuffredini@uks.com

September 25, 2003

Office of the Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Case No. 3:92CR32 (AHN)
*USA v. Aaron Northrop*

Dear Clerk:

Enclosed please find a check in the amount of $35.00 made payable to Clerk, U.S. District Court, for the retrieval of the above-referenced criminal file from the Federal Records Center. Please notify me when the file has been retrieved. Thank you very much for your attention to this matter.

Very truly yours,

Kara S. Suffredini, Esq.

Enclosure

cc: Christopher L. Brigham, Esq.

339191

| | | 1842 |
|---|---|---|
| **UPDIKE KELLY & SPELLACY PC**<br>COUNSELORS AT LAW<br>1 CENTURY TOWER<br>265 CHURCH ST.<br>NEW HAVEN, CT 06510 |  **CITIZENS BANK**<br>Connecticut | 51-7011/2111 |

| | | | |
|---|---|---|---|
| PAY | THIRTY-FIVE DOLLARS AND XX/100 | 09/25/2003 | $35.00 |
| | | DATE | AMOUNT |

PAY TO THE ORDER OF

CLERK
UNITED STATES DISTRICT COURT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

⑈⑈001842⑈⑈ ⑆211170114⑆ 222001711⑈⑈

---

UPDIKE KELLY & SPELLACY PC
COUNSELORS AT LAW

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

DELUXE - FORM TWCP-3 V-2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/25/2003 | C/M # 86001-00065<br>RETRIEVAL OF CRIMINAL FILE RE USA V. NORTHROP = $35.00 | $35.00 |

V-2