RECEIVED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (Hartford)

| | |
|---|---|
| AARON BEN NORTHROP, ) | CIVIL ACTION |
| ) | NO. 3:02-CV-00875 (AWT) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ELTON WILLIAMS and RICHARD CRAMER, ) | |
| ) | |
| Defendants. ) | OCTOBER 16, 2003 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the Defendant, Elton Williams, respectfully requests an extension of twenty (30) days from October 16, 2003, up to and including November 16, 2003 within which to file a responsive pleading to the Plaintiff's Third Amended Complaint. In support of this motion, the undersigned represents the following:

1. On July 11, 2003, this Court granted the Plaintiff's Motion to Amend his Second Amended Complaint;

2. Also on July 11, 2003, this court denied the Defendant's two Motions to Dismiss filed November 7, 2002 -- the first, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted, and the second, pursuant to Title 28 U.S.C. § 1915(e), on the ground that the plaintiff's claims are frivolous on their face -- without prejudice to refile against plaintiff's Third Amended Complaint;

Extension GRANTED, to and including November 16, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    11/4/03

341153