FILED

2003 NOV 12 P 2: 48

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AARON BEN NORTHROP

VS.                              :        NO. 3:02CV875 (AWT)

ELTON WILLIAMS and
RICHARD CRAMER                   :        NOVEMBER 10, 2003

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant, Richard Cramer, respectfully requests an extension of thirty days (30) from October 16, 2003, up to and including November 16, 2003, within which to file a responsive pleading to the Plaintiff's Third Amended Complaint. In support of this motion, the undersigned represents the following:

1. On July 11, 2003, this Court granted the Plaintiff's Motion to Amend his Second Amended Complaint;

2. Also, on July 11, 2003, this court denied the Defendants' two Motions to Dismiss filed November 7, 2002 – the first, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted, and the second, pursuant to Title 28 U.S.C. §1915(e), on the ground that the plaintiff's claims are frivolous on their face – without prejudice to refile against plaintiff's Third Amended Complaint;

3. On July 14, 2003, plaintiff filed his Third Amended Complaint;

4. Plaintiff's Third Amended Complaint deletes critical facts present in his prior pleadings and attempts to assert new causes of action not present in his prior pleadings. Moreover, plaintiff references the underlying criminal proceedings without attaching relevant documents on which he heavily relies. Accordingly, the defendant has been attempting to obtain the plaintiff's underlying criminal file from the United States District Court, District of Connecticut, in Hartford, but is experiencing delays because the file is almost ten years old and has to be retrieved by that court from its records storage facility in Massachusetts. The defendant sent a written request to that court dated September 24, 2003, which is attached hereto. To date, the records have not been received by the court for the defendant to review. Therefore, the defendant needs additional time to analyze the Third Amended Complaint, as well as the underlying criminal court file, once obtained;

5. The plaintiff is pro-se and incarcerated at Lompoc U. S. Penitentiary. As such, the defendant could not contact him by phone to request his consent. The defendant did not attempt to contact the plaintiff by mail because the pleading deadline would have passed by the time contact was made;

6. This is the third such extension of time with regard to the Plaintiff's Third Amended Complaint;

7. The allowance of this pleading extension will neither prejudice the plaintiff nor unduly delay the orderly processing of this matter; and

8.  A trial date has not been assigned to this matter.

Based on the foregoing reasons, the defendant, Richard Cramer, respectfully requests that this Motion for Extension of Time be granted.

> Respectfully submitted,
>
> DEFENDANT, RICHARD CRAMER
>
> By: _____
> Richard S. Cramer
> 449 Silas Deane Highway
> Wethersfield, CT 06109
> Tel. (860) 257-3500
> Fax (860) 257-3498
> Email: cramer @ snet.net

## CERTIFICATION

    THIS IS TO CERTIFY that a copy of the foregoing was mailed this 10th day of November 2003 to:

Aaron Ben Northrop
#61713-080
Lompoc U. S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

Christopher L. Brigham, Eq.
Updike Kelly & Spellacy, PC
265 Church Street, 10th Floor
New Haven, CT 06510

Richard S. Cramer

September 24, 2003

Office of the Clerk
U. S. District Court
141 Church Street
New Haven, CT 06510

Attention: Michelle

Re:  **United States of America v. Aaron Northrop, 3:92CR32 (AHN)**

Dear Michelle:

Enclosed please find my check in the amount of $35. I would appreciate it very much if you could retrieve the above file from the records center. I understand someone will notify my office once the file is received. If I am not in, you may speak to my secretary, Mary. She is in the office Mondays, Tuesdays, and Wednesdays from 8 a.m. until 4:15 p.m.

Thank you for your assistance in this matter.

Very truly yours,


Richard S. Cramer

RSC/mfs
enclosure