UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| AARON BEN NORTHROP, ) | CIVIL ACTION |
| ) | NO. 3:02-CV-00875 (AWT) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ELTON WILLIAMS and RICHARD CRAMER, ) | |
| ) | |
| Defendants. ) | NOVEMBER 18, 2003 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant, Elton Williams, respectfully requests an extension of thirty (30) days from the date of the Court's disposition of the defendant Williams' Motion for Summary Judgment dated November 18, 2003 to file a responsive pleading to the plaintiff's Third Amended Complaint. The defendant Williams' Motion for Summary Judgment contends that the plaintiff's present Third Amended Complaint is barred by the collateral estoppel effect of an earlier habeas proceeding brought by the plaintiff, in which the habeas court thoroughly addressed the issues the plaintiff attempts to raise herein in a valid and final judgment denying the plaintiff habeas relief.

The proposed extension is the fourth such extension of time sought by the defendant Williams with respect to the plaintiff's Third Amended Complaint, however, the allowance of this pleading extension will neither prejudice the plaintiff nor unduly delay the processing of this matter, as the defendant Williams' Motion for Summary Judgment is potentially dispositive of this matter. Counsel

344333

for the defendant Williams could not contact the plaintiff by phone to request his consent, as he is pro se and incarcerated at Lompoc U.S. Penitentiary. Counsel for the defendant did not attempt to contact the plaintiff by mail because the pleading deadline would have passed by the time contact was made. A trial date has not been assigned to this matter.

Based on the foregoing reasons, the defendant, Elton Williams, respectfully requests that this Motion for an Extension of Time be granted.

        Respectfully submitted,

        THE DEFENDANT,
        ELTON WILLIAMS

By: _____
CHRISTOPHER L. BRIGHAM, ESQ.
Federal Bar No. ct12410
KARA S. SUFFREDINI, ESQ.
Federal Bar No. ct25147
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510-7002
Telephone:  (203) 786-8300
Facsimile:  (203) 772-2037
Emails:     cbrigham@uks.com
            ksuffredini@uks.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, first class, postage prepaid, this 18th day of November, 2003, to all pro se parties and counsel of record as follows:

Aaron Ben Northrop
Reg. No.: 61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109-2120

By: _____
KARA S. SUFFREDINI, ESQ.
Commissioner of the United States District Court

344333