United States District Court
District of Connecticut
FILED AT HARTFORD

11-18-03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (Hartford)

| | |
|---|---|
| AARON BEN NORTHROP, ) | CIVIL ACTION |
| Plaintiff, ) | NO. 3:02-CV-00875 (AWT) |
| ) | |
| v. ) | |
| ) | |
| ELTON WILLIAMS and RICHARD CRAMER, ) | |
| ) | |
| Defendants. ) | NOVEMBER 18, 2003 |

## DEFENDANT ELTON WILLIAMS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF DISCOVERY

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendant Elton Williams respectfully moves for a thirty (30) day extension of time from the date of the Court's disposition of the defendant Williams' Motion for Summary Judgment dated November 18, 2003 to respond and/or object to the plaintiff's Second Set of Interrogatories and Second Request for Admissions. The defendant Williams' Motion for Summary Judgment contends that the plaintiff's present Third Amended Complaint is barred by the collateral estoppel effect of an earlier habeas proceeding brought by the plaintiff, in which the habeas court thoroughly addressed the issues the plaintiff attempts to raise herein in a valid and final judgment denying the plaintiff habeas relief.

The plaintiff's second set of discovery requests exceeds the scope of information relevant to the defendant Williams' Motion for Summary Judgment. Because the defendant Williams' Motion for Summary Judgment is potentially dispositive of the present action, and because of the amount of

344351

time that is needed to separately review analyze each of the additional discovery requests, complete discussions between counsel and client and formulate responses, the defendant Williams respectfully submits that practicality and economy necessitate the requested extension.

The proposed extension is the first such discovery extension sought by defendant Williams with respect to the plaintiff's second set of discovery requests. Counsel for the defendant could not contact the plaintiff by phone to request his consent because he is pro se and incarcerated at Lompoc U.S. Penitentiary. Counsel for the defendant did not attempt to contact the plaintiff by mail because the discovery deadline would have passed by the time contact was made. A trial date has not yet been assigned to this matter.

Based on the foregoing reasons, the defendant Williams respectfully requests that this Motion for an Extension of Time be granted.

Respectfully submitted,

THE DEFENDANT,
ELTON WILLIAMS

By: /s/ Christopher L. Brigham
CHRISTOPHER L. BRIGHAM, ESQ.
Federal Bar No. ct12410
KARA S. SUFFREDINI, ESQ.
Federal Bar No. ct25147
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510-7002
Telephone: (203) 786-8300
Facsimile: (203) 772-2037
Emails: cbrigham@uks.com
ksuffredini@uks.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, first class, postage prepaid, this 18th day of November, 2003, to all pro se parties and counsel of record as follows:

Aaron Ben Northrop
Reg. No.: 61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109-2120

By: _____
KARA S. SUFFREDINI, ESQ.
Commissioner of the United States District Court

344351