UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AARON BEN NORTHROP

VS.                                                               NO. 3:02CR875 (AWT)

ELTON WILLIAMS and
RICHARD CRAMER                                   :    NOVEMBER 10, 2003

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant, Richard Cramer, respectfully requests an extension of thirty days (30) from October 16, 2003, up to and including November 16, 2003, within which to file a responsive pleading to the Plaintiff's Third Amended Complaint. In support of this motion, the undersigned represents the following:

1. On July 11, 2003, this Court granted the Plaintiff's Motion to Amend his Second Amended Complaint;

2. Also, on July 11, 2003, this court denied the Defendants' two Motions to Dismiss filed November 7, 2002 – the first, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted, and the second, pursuant to Title 28 U.S.C. §1915(e), on the ground that the plaintiff's claims are frivolous on their face – without prejudice to refile against plaintiff's Third Amended Complaint;

3. On July 14, 2003, plaintiff filed his Third Amended Complaint;

Extension GRANTED, nunc pro tunc, to and including November 16, 2003.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   11/17/03