UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | | |
|---|---|---|
| AARON BEN NORTHROP, | ) | CIVIL ACTION |
| | ) | NO. 3:02-CV-00875 (AWT) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELTON WILLIAMS and RICHARD CRAMER, | ) | |
| | ) | |
| Defendants. | ) | NOVEMBER 18, 2003 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant, Elton Williams, respectfully requests an extension of thirty (30) days from the date of the Court's disposition of the defendant Williams' Motion for Summary Judgment dated November 18, 2003 to file a responsive pleading to the plaintiff's Third Amended Complaint. The defendant Williams' Motion for Summary Judgment contends that the plaintiff's present Third Amended Complaint is barred by the collateral estoppel effect of an earlier habeas proceeding brought by the plaintiff, in which the habeas court thoroughly addressed the issues the plaintiff attempts to raise herein in a valid and final judgment denying the plaintiff habeas relief.

The proposed extension is the fourth such extension of time sought by the defendant Williams with respect to the plaintiff's Third Amended Complaint, however, the allowance of this pleading extension will neither prejudice the plaintiff nor unduly delay the processing of this matter, as the defendant Williams' Motion for Summary Judgment is potentially dispositive of this matter. Counsel

344333

[Margin annotation: Extension GRANTED. Defendant Williams shall file a responsive pleading thirty (30) days from the date of the court's disposition of defendant Williams's motion for summary judgment dated November 18, 2003. It is so ordered. /s/ W. Thompson, U.S.D.J., Hartford, CT 11/20/03]