United States District Court
District of Connecticut
FILED AT HARTFORD

\_\_\_ -18-03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
(Hartford)

| | | |
|---|---|---|
| AARON BEN NORTHROP, | ) | CIVIL ACTION |
| | ) | NO. 3:02-CV-00875 (AWT) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELTON WILLIAMS and RICHARD CRAMER, | ) | |
| | ) | |
| Defendants. | ) | NOVEMBER 18, 2003 |

### DEFENDANT ELTON WILLIAMS'
### MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S SECOND SET OF DISCOVERY

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendant Elton Williams respectfully moves for a thirty (30) day extension of time from the date of the Court's disposition of the defendant Williams' Motion for Summary Judgment dated November 18, 2003 to respond and/or object to the plaintiff's Second Set of Interrogatories and Second Request for Admissions. The defendant Williams' Motion for Summary Judgment contends that the plaintiff's present Third Amended Complaint is barred by the collateral estoppel effect of an earlier habeas proceeding brought by the plaintiff, in which the habeas court thoroughly addressed the issues the plaintiff attempts to raise herein in a valid and final judgment denying the plaintiff habeas relief.

The plaintiff's second set of discovery requests exceeds the scope of information relevant to the defendant Williams' Motion for Summary Judgment. Because the defendant Williams' Motion for Summary Judgment is potentially dispositive of the present action, and because of the amount of

344351

---

*[Handwritten margin note, rotated:]* Extension GRANTED. Defendant Williams shall respond to the plaintiff's second set of interrogatories and second request for admissions thirty (30) days from the date of the court's disposition of defendant William's motion for summary judgment dated November 18, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/20/03