**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**(Hartford)**

| | | |
|---|---|---|
| AARON BEN NORTHROP, | ) | CIVIL ACTION |
| | ) | NO. 3:02 CV 0181 (AWT) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ELTON WILLIAMS, and RICHARD CRAMER, | ) | |
| | ) | |
| Defendants. | ) | NOVEMBER 18, 2003 |

### DEFENDANT ELTON WILLIAMS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant, Attorney Elton Williams (hereinafter "defendant Williams"), respectfully moves for summary judgment in his favor on the Third Amended Complaint of the plaintiff, Aaron Ben Northrop, dated May 12, 2003, because the plaintiff's claims are barred by the doctrine of collateral estoppel.

The present lawsuit arises out federal criminal proceedings in which the plaintiff pleaded guilty to several felony narcotics violations pursuant to the alleged advice of defendant Williams, one his then court-appointed defense lawyers. The gravamen of the plaintiff's Third Amended Complaint is that, due to the alleged substandard representation of defendant Williams, his plea was uninformed and, accordingly, involuntary. However, these issues were actually and necessarily determined by the prior decision of the United States District Court denying his Motion for Habeas Corpus, pursuant

343793

to 28 U.S.C. § 2255 and, accordingly, the plaintiff is collaterally estopped from relitigating these issues in the present action.

Following his entry of a guilty plea, a judgment of conviction and sentencing, the plaintiff challenged the judgment and his sentence on direct appeal to the United States Court of Appeal for the Second Circuit. Both were affirmed. Thereafter, he filed a § 2255 Motion for Habeas Corpus in the Unites States District Court for the District of Connecticut, which was denied without the issuance of a certificate of appealability. Specifically, in response to the plaintiff's claim of ineffective assistance of counsel, the District Court stated that the plaintiff had "two experienced criminal trial lawyers . . . [who] did an admirable and competent job on [the plantiff's] behalf." Likewise, in response to the plaintiff's claim that his plea was involuntary, the District Court reviewed the transcript of the plea hearing and found that the transcript "strongly undermines [the plaintiff's] claim that his lawyers failed to provide him with adequate information on which to base his decision to plead guilty." Accordingly, the habeas court decided both the issue of the reasonableness of defendant Williams' representation and the voluntariness of the defendant's guilty plea, those decisions were necessary to its judgment denying the plaintiff habeas relief and its judgment was final. Therefore, the plaintiff is barred by the doctrine of collateral estoppel from relitigating those issues in the present action and, as such, the plaintiff has failed to raise a genuine issue of material fact. Accordingly, as a matter of law, defendant Williams is entitled to summary judgment in his favor on the plaintiff's Third Amended Complaint.

Therefore, for the foregoing reasons and as is more fully set forth in the attached memorandum of law, defendant Williams respectfully requests that summary judgment be entered in his favor on the plaintiff's Third Amended Complaint.

Respectfully submitted,

DEFENDANT,
ELTON WILLIAMS

By: _____

CHRISTOPHER L. BRIGHAM, ESQ.
Federal Bar No. ct19902
KARA S. SUFFREDINI, ESQ.
Federal Bar No. ct25147
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510
Telephone:    (203) 786-8300
Facsimile:    (203) 772-2037
Emails:    cbrigham@uks.com
           ksuffredini@uks.com

## **CERTIFICATION**

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed, postage prepaid, this 18th

day of November, 2003 to:


Aaron Ben Northrop
Reg. No:      61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109-2120


BY:    _____
KARA S. SUFFREDINI, ESQ.
Commissioner of the United States District Court


343793