FILED

2003 NOV 24  P 3: 14

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| AARON BEN NORTHROP, ) | CIVIL ACTION |
| ) | NO. 3:02-CV-00875 (AWT) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ELTON WILLIAMS and RICHARD ) | |
| CRAMER, ) | |
| ) | NOVEMBER 24, 2003 |
| Defendants. | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant, Richard Cramer, respectfully requests an extension of thirty (30) days from the date of the Court's disposition of the defendant Cramer's Motion for Summary Judgment dated November 18, 2003 to file a responsive pleading to the plaintiff's Third Amended Complaint. The defendant Cramer's Motion for Summary Judgment contends that the plaintiff's present Third Amended Complaint is barred by the collateral estoppel effect of an earlier habeas proceeding brought by the plaintiff, in which the habeas court thoroughly addressed the issues the plaintiff attempts to raise herein in a valid and final judgment denying the plaintiff habeas relief.

The proposed extension is the fourth such extension of time sought by the defendant Cramer with respect to the plaintiff's Third Amended Complaint, however, the allowance of this

pleading extension will neither prejudice the plaintiff nor unduly delay the processing of this matter, as the defendant Cramer's Motion for Summary Judgment is potentially dispositive of this matter. The defendant Cramer could not contact the plaintiff by phone to request his consent, as he is pro se and incarcerated at Lompoc U.S. Penitentiary. The defendant did not attempt to contact the plaintiff by mail because the pleading deadline would have passed by the time contact was made. A trial date has not been assigned to this matter.

Based on the foregoing reasons, the defendant, Richard Cramer, respectfully requests that this Motion for an Extension of Time be granted.

Respectfully submitted,

By:_____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3498
Federal Bar No. ct00016
Email: cramer @ snet.net

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 24th day of November 2003 to:

Aaron Ben Northrop
#61713-080
Lompoc U. S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

Christopher L. Brigham, Eq.
Updike Kelly & Spellacy, PC
265 Church Street, 10th Floor
New Haven, CT 06510

_____
Richard S. Cramer