FILED

2003 NOV 24  P 3: 14

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,
Plaintiff                                  :

vs.                                        :    No. 3:02CV875 (AWT)

ELTON WILLIAMS and
RICHARD CRAMER, Defendants    :    NOVEMBER 24, 2003

### DEFENDANT RICHARD CRAMER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF DISCOVERY

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendant Richard Cramer respectfully moves for a thirty (30) day extension of time from the date of the Court's disposition of the defendant Cramer's Motions for Summary Judgment dated November 24, 2003 to respond and/or object to the plaintiff's Second Set of Interrogatories and Second Request for Admissions. The defendant Cramer's Motion for Summary Judgment contends that the plaintiff's present Third Amended Complaint is barred by the collateral estoppel effect of an earlier habeas proceeding brought by the plaintiff, in which the habeas court thoroughly addressed the issues the plaintiff attempts to raise herein in a valid and final judgment denying the plaintiff habeas relief.

The plaintiff's second set of discovery requests exceeds the scope of information relevant to the defendant Cramer's Motion for Summary Judgment. Because the defendant Cramer's Motion for Summary Judgment is potentially dispositive of the present action, and

because of the amount of time that is needed to separately review analyze each of the additional discovery requests, complete discussions between counsel and client and formulate responses, the defendant Cramer respectfully submits that practicality and economy necessitate the requested extension.

The proposed extension is the first such discovery extension sought by defendant Cramer with respect to the plaintiff's second set of discovery requests. The defendant could not contact the plaintiff by phone to request his consent because he is pro se and incarcerated at Lompoc U.S. Penitentiary. The defendant did not attempt to contact the plaintiff by mail because the discovery deadline would have passed by the time contact was made. A trial date has not yet been assigned to this matter.

Based on the foregoing reasons, the defendant Cramer respectfully requests that this Motion for an Extension of Time be granted.

        Respectfully submitted,

        DEFENDANT, RICHARD CRAMER

        By:_____
        Richard Cramer
        449 Silas Deane Highway
        Wethersfield, CT 06109
        Tel. (860) 257-3500
        Federal Bar No. ct00016
        Email: cramer @ snet.net

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 24th day of November 2003 to:

Aaron Ben Northrop
#61713-080
Lompoc U. S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

Christopher L. Brigham, Eq.
Updike Kelly & Spellacy, PC
265 Church Street, 10th Floor
New Haven, CT 06510

_____
Richard S. Cramer