UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AARON BEN NORTHROP | : |
| VS. | : NO. 3:02CV875 (AWT) |
| ELTON WILLIAMS and RICHARD CRAMER | : DECEMBER 1, 2003 |

## MOTION FOR PERMISSION TO FILE LATE

The defendant, Richard Cramer, respectfully requests permission for a late response to the plaintiff, Northrop's, Motion to Compel Disclosure dated October 6, 2003. The defendant is a sole practitioner and has been tied up with hearings and trials on a fairly regular basis since the date he received the motion to compel from the plaintiff. Furthermore, it does not appear that the plaintiff, Northrop, is in any way prejudiced by receiving the defendant's response somewhat beyond the 21 days in which a response is required.

Respectfully submitted,

By: _____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00019

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 1st day of December 2003 to:

Aaron Ben Northrop
#61713-080
Lompoc U. S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

Christopher L. Brigham, Eq.
Updike Kelly & Spellacy, PC
265 Church Street, 10th Floor
New Haven, CT 06510

_____
Richard S. Cramer