UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -3 P 5:20
US DISTRICT COURT
HARTFORD CT

```
-----------------------------x
AARON BEN NORTHROP,          :
                             :
     Plaintiff,              :
                             :
v.                           :   Civil No. 3:02CV00875(AWT)
                             :
ELTON WILLIAMS,              :
RICHARD CRAMER,              :
                             :
     Defendants.             :
-----------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge _Donna F. Martinez_ for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_X_ A ruling on the following motions, which are currently pending: _Defendant Cramer's Motion for Permission to File Late response to the plaintiff's motion to compel (doc. #73)_ (orefm.)

____ A settlement conference (orefmisc./cnf)

____ Other:_____(orefmisc./misc)

It is so ordered.

Dated this **3rd** day of _December_, 2003, at Hartford, Connecticut.

_____
Alvin W. Thompson
United States District Judge