FILED
2003 DEC -1 P 4: 38
US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AARON BEN NORTHROP | : | |
| VS. | : | NO. 3:02CV875 (AWT) |
| ELTON WILLIAMS and RICHARD CRAMER | : | DECEMBER 1, 2003 |

### MOTION FOR PERMISSION TO FILE LATE

The defendant, Richard Cramer, respectfully requests permission for a late response to the plaintiff, Northrop's, Motion to Compel Disclosure dated October 6, 2003. The defendant is a sole practitioner and has been tied up with hearings and trials on a fairly regular basis since the date he received the motion to compel from the plaintiff. Furthermore, it does not appear that the plaintiff, Northrop, is in any way prejudiced by receiving the defendant's response somewhat beyond the 21 days in which a response is required.

Respectfully submitted,

By: _____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00019

GRANTED. The clerk of the court is directed to file the defendant Richard Cramer's Memorandum of Law in Opposition to Plaintiff's Motion to Compel Disclosure. SO ORDERED.

Donna F. Martinez, U.S.M.J.
12/5/03