68

Extension GRANTED. Defendant Cramer shall file a responsive pleading thirty (30) days from the date of the court's disposition of defendant Cramer's motion for summary judgment dated November 24, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/9/03

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| AARON BEN NORTHROP, ) | CIVIL ACTION |
| ) | NO. 3:02-CV-00875 (AWT) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ELTON WILLIAMS and RICHARD ) | |
| CRAMER, ) | |
| ) | NOVEMBER 24, 2003 |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant, Richard Cramer, respectfully requests an extension of thirty (30) days from the date of the Court's disposition of the defendant Cramer's Motion for Summary Judgment dated November 18, 2003 to file a responsive pleading to the plaintiff's Third Amended Complaint. The defendant Cramer's Motion for Summary Judgment contends that the plaintiff's present Third Amended Complaint is barred by the collateral estoppel effect of an earlier habeas proceeding brought by the plaintiff, in which the habeas court thoroughly addressed the issues the plaintiff attempts to raise herein in a valid and final judgment denying the plaintiff habeas relief.

The proposed extension is the fourth such extension of time sought by the defendant Cramer with respect to the plaintiff's Third Amended Complaint, however, the allowance of this