Extension GRANTED. Defendant Cramer shall respond to the plaintiff's second set of interrogatories and second request for admissions thirty (30) days from the date of the court's disposition of defendant Cramer's motion for summary judgment dated November 24, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/9/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AARON BEN NORTHROP,<br>Plaintiff | : |
| vs. | :  No. 3:02CV875 (AWT) |
| ELTON WILLIAMS and<br>RICHARD CRAMER, Defendants | :  NOVEMBER 24, 2003 |

### DEFENDANT RICHARD CRAMER'S
### MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S SECOND SET OF DISCOVERY

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendant Richard Cramer respectfully moves for a thirty (30) day extension of time from the date of the Court's disposition of the defendant Cramer's Motions for Summary Judgment dated November 24, 2003 to respond and/or object to the plaintiff's Second Set of Interrogatories and Second Request for Admissions. The defendant Cramer's Motion for Summary Judgment contends that the plaintiff's present Third Amended Complaint is barred by the collateral estoppel effect of an earlier habeas proceeding brought by the plaintiff, in which the habeas court thoroughly addressed the issues the plaintiff attempts to raise herein in a valid and final judgment denying the plaintiff habeas relief.

The plaintiff's second set of discovery requests exceeds the scope of information relevant to the defendant Cramer's Motion for Summary Judgment. Because the defendant Cramer's Motion for Summary Judgment is potentially dispositive of the present action, and