UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 16 P 4: 42
U.S. DISTRICT COURT
HARTFORD, CT.

AARON BEN NORTHRUP,
: 
    Plaintiff,
: 
v.
:  CASE NO. 3:02CV875(AWT)
: 
ELTON WILLIAMS AND
RICHARD CRAMER,
: 
    Defendants.
: 

## RULING ON PENDING DISCOVERY MOTION

Pending before the court is the plaintiff's "motion to compel disclosure and challenge sufficiency of answers and objections to requests for admission and interrogatories." (Doc. #53.) The motion is DENIED.

The plaintiff first challenges defendant Richard Cramer's responses to requests for admission 2, 3 and 20. In response to a request for admission, a party may admit the request, object to the request, deny the matter, or set forth reasons why the party cannot admit or deny it. Fed. R. Civ. P. 36. Defendant Cramer denied the requests. Denial is a sufficient response.

The plaintiff next challenges the defendant's response to interrogatory 3, contending that it is incorrect. The plaintiff's disagreement with the defendant's answer, however, does not mean that it is a legally insufficient response.

As a final matter, the plaintiff's requests that the court compel a response to interrogatories 5 and 8. The defendant

responded to Interrogatory 5 by stating that the answer may be ascertained by the indictment, which was produced. This is a sufficient response. <u>See</u> Fed. R. Civ. P. 33(d) (in lieu of an answer to an interrogatory, the responding party may to refer the requesting party to particular records that contain the requested information). With regard to Interrogatory 8, the defendant's objection to is sustained. Interrogatory 8 seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.

SO ORDERED at Hartford, Connecticut this 13th day of February, 2004.

Donna F. Martinez
United States Magistrate Judge

2