UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AARON BEN NORTHRUP : | |
| v. : | CASE NO. 3:02CV875 (AWT) |
| ELTON WILLIAMS, and : RICHARD CRAMER | |

### JUDGMENT

This action having come on for consideration of the defendants' motions for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motions and the full record of the case including applicable principles of law, and having filed a ruling granting both motions, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Elton Williams and Richard Cramer, and this case is dismissed.

Dated at Hartford, Connecticut, this 5th day of April, 2005.

KEVIN F. ROWE, Clerk

By _____
    Sandra Smith
    Deputy Clerk

EOD _____