UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,

    Plaintiff,                       Case No: 3:02-CV-00875(AWT)(DFM)

V.

ELTON WILLIAMS,                    April 6, 2005
RICHARD CRAMER,

    Defendants,

## NOTICE OF INTENT TO FILE A PETITION FOR A WRIT OF MANDAMUS IN THE SECOND CIRCUIT COURT OF APPEALS

Plaintiff AARON BEN NORTHROP, pro se, hereby serves notice on the Court that he intends to file a petition for a writ of mandamus in the Second Circuit Court of Appeals.

On July 7, 2003, this Court granted plaintiff's motion for leave to file a third amended complaint. Thereafter, defendants filed a motion for summary judgment seeking to dismiss the complaint on the grounds that the action was barred by collateral estoppel. Plaintiff responded to the motion for summary judgment. However, over a year has passed and the motion is still pending in the Court. If the Court does not rule on the motion by May 6, 2005, plaintiff intends to file a petition for a writ of mandamus in the Second Circuit Court of Appeals.

                                                Respectfully Submitted,

                                                */s/ Aaron Northrop*
                                                AARON BEN NORTHROP
                                                Reg. No: 61713-080

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice of Intent to File A Petition For A Writ Of Mandamus was mailed, postage prepaid, to defendant Elton Williams at Updike Kelly and Spellacy, One Century Tower, 265 Church Street, New Haven Connecticut, 06510, and Richard Cramer at 449 Silas Deane Highway, Wethersfield, Conecticut, 06109, on this 6th day of April, 2005.

*Aaron Northrop*
AARON BEN NORTHROP
Reg. No: 61713-080
U.S.P. Victorville
P.O. Box 5500
Adelanto, CA 92301

2