FILED

2005 APR 22  A 10: 20

DISTRICT COURT
ARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,

    Plaintiff,        Case No: 3:02CV875(AWT)

  V.

ELTON WILLIAMS, and

RICHARD CRAMER,

    Defendants,

NOTICE OF APPEAL

Notice is hereby given that AARON BEN NORTHROP, plaintiff, hereby appeals to the United States Court of Appeals for the Second Circuit from the decision of this court entered on the 5th day of April, 2005, relating to the motion for summary judgment which was granted in the defendants' favor.

Respectfully submitted this 18th day of April, 2005.

*Aaron Ben Northrop*
AARON BEN NORTHROP
Reg. No. 61713-080
USP Victorville
P.O. Box 5500
Adelanto, CA 92301

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this notice of appeal was mailed, postage prepaid, to defendant ELTON WILLIAMS, at Updike, Kelly and Spellacy, One Century Tower, 265 Church Street, New Haven, Connecticut 06510, and defendant RICHARD CRAMER, at 449 Silas Deane Highway, Wethersfield, Connecticut 06109, on this 18th day of April, 2005.

Respectfully submitted,

*Aaron Ben Northrop*
AARON BEN NORTHROP
Reg. No. 61713-080
USP Victorville
P.O. Box 5300
Adelanto, CA 92301