*Original*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 MAY 16  A 10: 15

AARON BEN NORTHROP,

      Plaintiff,

    V.

                      Case No: 3:02CV875(AWT)

ELTON WILLIAMS and
RICHARD CRAMER,

      Defendants,

### MOTION TO PROCEED ON APPEAL
### IN FORMA PAUPERIS

    Plaintiff AARON BEN NORTHROP, pro se, respectfully requests permission to proceed on appeal in forma pauperis. In support of this motion plaintiff has attached an affidavit in support of motion to proceed on appeal in forma pauperis and a prisoner financial disclosure statement.

    WHEREFORE. plaintiff requests that the court grant this motion.

                      Respectfully submitted,

                      *AARON NORTHROP*
                      AARON BEN NORTHROP
                      Reg. No: 61713-080
                      U.S.P. Victorville
                      P.O. Box 5500
                      Adelanto, CA 92301

1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,

       Plaintiff,

       V.                 Case No: 3:02CV875(AWT)

ELTON WILLIAMS and
RICHARD CRAMER,

       Defendants,

Affidavit in Support of Motion to Proceed
on Appeal in Forma Pauperis

I, AARON BEN NORTHROP being first duly sworn, depose and
say that I am the plaintiff in the above-entitled case; that
in support of may motion to proceed on appeal without being
required to prepay fees, costs or give security therefore, I
state that because of my poverty I am unable to pay the costs
of said proceeding or to give security therefor, that I believe
that I am entitled to redress, and that the issues which I
desire tp present on appeal are the following: Whether the
District Court erred by granting summary judgment in favor of
the defendants based on the grounds of collateral estoppel.

I further swear that the responses which I have made to
the questions and instructions below relating to my ability to
pay the cost of prosecuting the appeal are true.

1

1.  Are you presently employed? Yes. I am employed at the prison located at U.S.P. Victorville and earn approximately $5.40 per month.

2.  Have you received within the past twelve months any income from a business, profession or other form of self employment, or in the form of rent payments, interest, dividends, or other source? No.

3.  Do you own any cash or checking or savings account? No.

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes. I own two promissory notes in in the amount of $40,000.00 each.

5.  List the persons who are dependent upon you for support and state your relationship to those persons. I have no dependents.

I understand that a false statement or answer to any questions in this affidavit with subject me to penalties for perjury.

_AARON NORTHROP_

SUBSCRIBED AND SWORN TO before me this _9th_ day of _May_ , 2005.

Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

_____
District Judge

2

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_AARON NORTHROP_
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ _0.00_ on account at the _USP VICTORVILLE, CA._ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ _10.74_. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _9.24_.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____          _____
Date                             Authorized Officer of Institution (Signature)

_[signature]_ 5/11/2005
Authorized by the Act of
July 7, 1955, as amended,
to administer oaths (18
U.S.C. § 4004).
USP VICTORVILLE, CA! (760-530-5000)

# Inmate Statement

🖨 PRINT

| | |
|---|---|
| **Inmate Reg #:** | 61713080 |
| **Inmate Name:** | NORTHROP, AARON |
| **Report Date:** | 05/05/2005 |
| **Report Time:** | 3:35:56 PM |

| | |
|---|---|
| **Current Institution:** | Victorville FCI |
| **Housing Unit:** | 4A |
| **Living Quarters:** | A41- 16L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | 5/1/2005 2:07:41 AM | 4LOMD008 - 366 | | | Debt Encumbrance - Released | | $6.72 | -------- |
| VIM | 5/1/2005 2:07:41 AM | 4LOMD009 - 367 | | | Debt Encumbrance - Released | | $6.72 | -------- |
| VIM | 5/1/2005 2:07:41 AM | 4LOMD010 - 368 | | | Debt Encumbrance - Released | | $6.72 | -------- |
| VIM | 5/1/2005 2:07:41 AM | 4LOMD011 - 365 | | | Debt Encumbrance - Released | | $6.72 | -------- |
| VIM | 5/1/2005 2:07:41 AM | 4LOMD011 | 1647 | | PLRA Payment | ($3.97) | | $30.16 |
| VIM | 5/1/2005 2:07:41 AM | 4LOMD008 | 1650 | | PLRA Payment | ($6.72) | | $10.00 |
| VIM | 5/1/2005 2:07:41 AM | 4LOMD009 | 1649 | | PLRA Payment | ($6.72) | | $16.72 |
| VIM | 5/1/2005 2:07:41 AM | 4LOMD010 | 1648 | | PLRA Payment | ($6.72) | | $23.44 |
| VIM | 4/8/2005 1:13:18 PM | IPP0058 | | | Payroll - IPP | $33.61 | | $34.13 |
| VIM | 4/8/2005 1:13:18 PM | 4LOMD008 - 366 | | | Debt Encumbrance | | ($6.72) | -------- |
| VIM | 4/8/2005 1:13:18 PM | 4LOMD009 - 367 | | | Debt Encumbrance | | ($6.72) | -------- |
| VIM | 4/8/2005 1:13:18 PM | 4LOMD010 - 368 | | | Debt Encumbrance | | ($6.72) | -------- |
| VIM | 4/8/2005 1:13:18 PM | 4LOMD011 - 365 | | | Debt Encumbrance | | ($6.72) | -------- |
| VIM | 4/6/2005 4:42:28 PM | ITS0406 | | | ITS Withdrawal | ($10.00) | | $0.52 |
| VIM | 4/1/2005 2:07:47 AM | 4LOMD008 - 314 | | | Debt Encumbrance - Released | | $1.58 | -------- |
| VIM | 4/1/2005 2:07:47 AM | 4LOMD009 - 315 | | | Debt Encumbrance - Released | | $1.58 | -------- |
| VIM | 4/1/2005 2:07:47 AM | 4LOMD010 - 316 | | | Debt Encumbrance - Released | | $1.58 | -------- |
| VIM | 4/1/2005 2:07:47 AM | 4LOMD011 - 313 | | | Debt Encumbrance - Released | | $1.58 | -------- |
| VIM | 4/1/2005 2:07:47 AM | 4LOMD008 | 1449 | | PLRA Payment | ($1.58) | | $10.52 |
| VIM | 4/1/2005 2:07:47 AM | 4LOMD009 | 1448 | | PLRA Payment | ($1.58) | | $12.10 |
| VIM | 4/1/2005 2:07:47 AM | 4LOMD010 | 1447 | | PLRA Payment | ($1.58) | | $13.68 |
| VIM | 4/1/2005 2:07:47 AM | 4LOMD011 | 1446 | | PLRA Payment | ($1.58) | | $15.26 |
| VIM | 3/10/2005 12:57:20 PM | IPP0040 | | | Payroll - IPP | $7.92 | | $16.84 |
| VIM | 3/10/2005 12:57:20 PM | 4LOMD008 - 314 | | | Debt Encumbrance | | ($1.58) | -------- |
| VIM | 3/10/2005 12:57:20 PM | 4LOMD009 - 315 | | | Debt Encumbrance | | ($1.58) | -------- |
| VIM | 3/10/2005 12:57:20 PM | 4LOMD010 - 316 | | | Debt Encumbrance | | ($1.58) | -------- |
| VIM | 3/10/2005 12:57:20 PM | 4LOMD011 - 313 | | | Debt Encumbrance | | ($1.58) | -------- |
| VIM | 3/1/2005 2:07:34 AM | 4LOMD008 - 261 | | | Debt Encumbrance - Released | | $1.77 | -------- |
| VIM | 3/1/2005 2:07:34 AM | 4LOMD009 - 262 | | | Debt Encumbrance - Released | | $1.77 | -------- |
| VIM | 3/1/2005 2:07:34 AM | 4LOMD010 - 263 | | | Debt Encumbrance - Released | | $1.77 | -------- |
| VIM | 3/1/2005 2:07:34 AM | 4LOMD011 - 260 | | | Debt Encumbrance - Released | | $1.77 | -------- |
| VIM | 2/10/2005 2:35:45 PM | USP0032 | | | Payroll - IPP | $8.88 | | $8.92 |
| VIM | 2/10/2005 2:35:45 PM | 4LOMD008 - 261 | | | Debt Encumbrance | | ($1.77) | -------- |

| VIM | 2/10/2005 2:35:454LOMD009 - PM  262 | Debt Encumbrance | | ($1.77) | -------- |
|-----|------|------|------|------|------|
| VIM | 2/10/2005 2:35:454LOMD010 - PM  263 | Debt Encumbrance | | ($1.77) | -------- |
| VIM | 2/10/2005 2:35:454LOMD011 - PM  260 | Debt Encumbrance | | ($1.77) | -------- |
| VIM | 1/13/2005 4:46:24ITS0113 PM | ITS Withdrawal | ($6.00) | | $0.04 |
| VIM | 12/1/2004 2:07:504LOMD008 - AM  63 | Debt Encumbrance - Released | | $1.00 | -------- |
| VIM | 12/1/2004 2:07:504LOMD009 - AM  64 | Debt Encumbrance - Released | | $1.00 | -------- |
| VIM | 12/1/2004 2:07:504LOMD010 - AM  65 | Debt Encumbrance - Released | | $1.00 | -------- |
| VIM | 12/1/2004 2:07:504LOMD011 - AM  66 | Debt Encumbrance - Released | | $1.00 | -------- |
| VIM | 11/30/2004  7  12:59:19 PM | Sales | $0.00 | | $6.04 |
| VIM | 11/10/2004  IPP0010  3:51:14 PM | Payroll - IPP | $5.04 | | $6.04 |
| VIM | 11/10/2004  4LOMD008 - 3:51:14 PM  63 | Debt Encumbrance | | ($1.00) | -------- |
| VIM | 11/10/2004  4LOMD009 - 3:51:14 PM  64 | Debt Encumbrance | | ($1.00) | -------- |
| VIM | 11/10/2004  4LOMD010 - 3:51:14 PM  65 | Debt Encumbrance | | ($1.00) | -------- |
| VIM | 11/10/2004  4LOMD011 - 3:51:14 PM  66 | Debt Encumbrance | | ($1.00) | -------- |
| VIM | 11/1/2004 2:07:324LOMD008 - AM  6 | Debt Encumbrance - Released | | $0.24 | -------- |
| VIM | 11/1/2004 2:07:324LOMD009 - AM  7 | Debt Encumbrance - Released | | $0.24 | -------- |
| VIM | 11/1/2004 2:07:324LOMD010 - AM  8 | Debt Encumbrance - Released | | $0.24 | -------- |

1 2

**Total Transactions: 57**

| | | | Totals: | $9.20 | $0.00 |
|---|---|---|---|---|---|

---

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|------------|-------------------|---------------------|------------------|-----------------|-------------------|-------------------------|----------------------|-----------------|
| VIM | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| **Totals:** | **$10.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10.00** |

# Inmate Inquiry

🖨 **PRINT**

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 61713080 | **Current Institution:** | Victorville FCI |
| **Inmate Name:** | NORTHROP, AARON | **Housing Unit:** | 4 A |
| **Report Date:** | 05/11/2005 | **Living Quarters:** | A11-116I |
| **Report Time:** | 3:22:23 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2594 |
| FRP Participation Status: | Completed |
| Arrived From: | LOM |
| Transferred To: | |
| Account Creation Date: | 9/22/2001 |
| Local Account Activation Date: | 8/12/2004 4:40:17 AM |
| Sort Codes: | |
| Last Account Update: | 5/10/2005 4:34:57 PM |
| Account Status: | Active |
| ITS Balance: | $1.17 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $13.36 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $2.68 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $10.68 |
| National 6 Months Deposits: | $53.77 |
| National 6 Months Withdrawals: | $46.45 |
| National 6 Months Avg Daily Balance: | $10.74 |
| Local Max. Balance - Prev. 30 Days: | $34.13 |
| Average Balance - Prev. 30 Days: | $25.93 |

# Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: 11/30/2004 12:59:19 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

# Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

# Comments

Comments: