UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
AARON BEN NORTHROP,            :
                               :
     Plaintiff,                :
                               :
v.                             :      Civil Action No.
                               :      3:02CV00875(AWT)
                               :
ELTON WILLIAMS and             :
RICHARD CRAMER,                :
                               :
          Defendants.          :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

Aaron Ben Northrop's Motion to Proceed on Appeal in Forma Pauperis (Doc. No. 89) is hereby DENIED. The court hereby certifies pursuant to 28 U.S.C. § 1915(a)(3) that the appeal in this case is not taken in good faith for the reasons set forth below.

The court finds helpful to an analysis of the issues in this case the discussion and fact pattern in <u>Linden v. Harper and Row Publishers</u>, 490 F. Supp. 297 (S.D.N.Y 1980), and the court concludes that, as was the case in <u>Linden</u>, this "plaintiff's appeal, viewed objectively, . . . [is] plainly frivolous as a matter of law." <u>Linden</u>, 490 F. Supp. at 300.

Here the plaintiff does not dispute that the issues of the reasonableness of the legal services provided to him by the defendants and the voluntariness of the plaintiff's guilty plea

were raised in the prior habeas proceeding, but he contends that he should not be precluded from re-litigating them because some of the facts presented in his Third Amended Complaint were not presented to or considered by the Habeas Court.  However, as noted by the court in its Ruling on Motions for Summary Judgment (Doc. No. 85)("Ruling"), "what the plaintiff portrays as 'new' issues are issues that arose from the same facts that were presented to, and were decided by, the Habeas Court."  Ruling at 9.  Thus, the court finds the situation in this case to be analogous to that in Linden and concludes that a similar result is appropriate.

    It is so ordered.

    Dated at Hartford, Connecticut on this 23rd day of May 2005.

                                              /s/AWT
                                   Alvin W. Thompson
                            United States District Judge