MANDATE

FILED
2007 APR 24 P 3:45
U.S.

D. Conn./NHCT
02-cv-875
Thompson, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 17th day of NOVEMBER two thousand and five,

Present:

    Hon. Chester J. Straub,
    Hon. Reena Raggi,
        *Circuit Judges*,
    Hon. Jed S. Rakoff,
        *District Judge.*\*

FILED NOV 1 7 2005 — Roseann B. MacKechnie, Clerk — SECOND CIRCUIT

---

Aaron Ben Northrop,

    Plaintiff-Appellant,

v.                                                               05-2045-cv

Elton Williams, Richard S. Cramer,

    Defendants-Appellees.

---

Appellant moves, *pro se*, for *in forma pauperis* status. Upon due consideration, it is ORDERED that the motion is denied and the appeal is dismissed because it lacks an arguable basis in law or in fact. *See* 28 U.S.C. § 1915(e)(2)(B)(i); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk

NOV 17 2005

        By: /s/ Lucille Carr

---

    \*The Honorable Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
    DEPUTY CLERK

—ISSUED AS MANDATE: 3/30/06